Jeremy S. Davidson
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Attorney for Scott A. McGowan and Mildred L. McGowan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re. . .<br><br>**SCOTT A. McGOWAN** and **MILDRED L. McGOWAN,**<br><br>Debtors. | No. **14-03113-FPC13**<br>Chapter **13**<br><br>**POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND NOTICE THEREOF** |

The above-named Debtors, by and through their counsel Davidson Backman Medeiros PLLC, hereby modify their Chapter 13 Plan filed herein on September 26, 2014 *[Docket No. 11]*, as modified by the Stipulated Modification Of Plan filed on November 11, 2014 *[Docket No.* 29], confirmed by the Order Confirming Chapter 13 Plan entered herein on November 12, 2014 *[Docket No. 36]* and modified post-confirmation by the Stipulated Modification of Plan filed on December 18, 2014 *[Docket No. 46]*, the Stipulated Modification of Plan filed on January 5, 2016 *[Docket No. 50]*, and the Stipulated Modification of Plan filed on June 21, 2016 *[Docket No. 53]* (hereinafter the "Plan") as follows:

I. **FUTURE EARNINGS, INCOME AND ASSETS COMMITTED TO TRUSTEE FOR FUNDING OF PLAN AND DEFERRAL OF DELINQUENCY**

    A.    Debtors shall pay the Trustee as follows:

        $1,785.61 x 2 months
        $1,810.00 x 23 months
        $1,900.00 x 34 months (commencing October 2016)

    D.    The Base Amount shall be $102,778.23. The current Plan payment delinquency of $5,821.77 shall be deferred and paid over the remaining term of the Plan.

Page 1
Post-Confirmation Modification of Chapter 13 Plan and Notice
McGowan\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

14-03113-FPC13    Doc 60    Filed 10/10/16    Entered 10/10/16 10:09:55    Pg 1 of 2

Except as specifically set forth herein, all other aspects of the Plan remain the same.

### NOTICE

NOTICE IS HEREBY GIVEN that any opposition to the above described Modification must be in writing, must be filed with the Clerk of the United States Bankruptcy Court, West 904 Riverside Avenue, Spokane, Washington 99210, and must be served upon the undersigned counsel, not later than **twenty-four (24)** days from the date of this Notice. If no objection is timely filed and served, the relief requested may be granted without a hearing.

Pursuant to Local Rule 2002-1(f)(1) and (2), any objection shall state briefly the grounds therefore. If an objection states no grounds, the Court may strike the objection on ex parte motion of the moving party. The moving party, however, may make such ex parte motion to strike only after the objecting party fails within seven (7) days, to respond to a request by the moving party for a brief statement of the grounds for the objection. If an objection is filed, and a hearing is set, the opposing party must comply with Local Rule 9073-1(d)(1) and (2), which state, in part, that an opposing party shall serve and file any objections, counter-affidavits, or statements under penalty of perjury or other responding documents no more than three (3) days prior to the hearing on the application or motion.

DATED this 10th day of October 2016.

DAVIDSON BACKMAN MEDEIROS PLLC

   /s/ *Jeremy S. Davidson*
Jeremy S. Davidson, WSBA No. 41237
Attorney for Debtors

Page 2
Post-Confirmation Modification of Chapter 13 Plan and Notice
McGowan\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

14-03113-FPC13    Doc 60    Filed 10/10/16    Entered 10/10/16 10:09:55    Pg 2 of 2