Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Attorney for Scott A. McGowan and Mildred L. McGowan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re. . . | No. **14-03113-FPC13** |
|---|---|
| **SCOTT A. McGOWAN** and **MILDRED L. McGOWAN,** | Chapter **13** |
| Debtors. | **POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND CERTIFICATE OF NO ADVERSE EFFECT** |

The above-named Debtors, by and through their counsel Davidson Backman Medeiros PLLC, hereby modify their Chapter 13 Plan filed herein on September 26, 2014 *[Docket No. 11]*, as modified by the Stipulated Modification Of Plan filed on November 11, 2014 *[Docket No.* 29]*, confirmed by the Order Confirming Chapter 13 Plan entered herein on November 12, 2014 *[Docket No. 36]* and modified post-confirmation by the Stipulated Modification of Plan filed on December 18, 2014 *[Docket No. 46]*, the Stipulated Modification of Plan filed on January 5, 2016 *[Docket No. 50]*, the Stipulated Modification of Plan filed on June 21, 2016 *[Docket No. 53]*, the Post-Confirmation Modifciation of Plan and Notice Thereof filed on October 10, 2016 *[Docket No. 60]*, the Post-Confirmation Modification of Plan and Certificate of No Adverse Effect filed on June 9, 2017 *[Docket No. 75]*, the Post-Confirmation Modification of Plan and Certificate of No Adverse Effect filed on July 2, 2018 *[Docket No. 76]* and the Post-Confirmation Modification of Plan and Certificate of No Adverse Effect filed on March 28, 2019 *[Docket No. 77]* (hereinafter the "Plan") as follows:

Page 1
Post-Confirmation Modification of Plan
McGowan\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

14-03113-FPC13   Doc 84   Filed 07/12/19   Entered 07/12/19 10:30:58   Pg 1 of 3

1. The continuing claim payment to Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") on Claim No. 4 shall be paid as follows:

    $1,204.22 (9/14-11/15)
    $1,192.86 (12/15-6/16)
    $1,272.89 (7/16-6/17)
    $1,280.46 (7/17-6/18)
    $1,316.78 (7/18-7/19)
    $1,202.89 (commencing 8/19)

2. The basis of this modification is to provide for the contractual monthly payment to Nationstar on Claim No. 4 consistent with the Notice of Mortgage Payment Change filed on July 11, 2019.

3. All other aspects of the Plan remain unchanged.

It is certified that the modified Plan proposes to be completed within five years after the time that the first payment under the original Plan was due.

DATED this 12th day of July 2019.

DAVIDSON BACKMAN MEDEIROS PLLC

*/s/ Bruce K. Medeiros*
Bruce K. Medeiros, WSBA No. 16380
Attorney for Scott A. McGowan and Mildred L. McGowan

## CERTIFICATE

There were no changes to the Plan or to the treatment of creditors by this Modification which adversely affected creditors; therefore no service of the Modification was made on creditors.

Page 2
Post-Confirmation Modification of Plan
McGowan\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

14-03113-FPC13    Doc 84    Filed 07/12/19    Entered 07/12/19 10:30:58    Pg 2 of 3

DATED this 12th day of July 2019.

        DAVIDSON BACKMAN MEDEIROS PLLC

        */s/ Bruce K. Medeiros*
        Bruce K. Medeiros, WSBA No. 16380
        Attorney for Scott A. McGowan and Mildred
          L. McGowan

Page 3
Post-Confirmation Modification of Plan
McGowan\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

14-03113-FPC13    Doc 84    Filed 07/12/19    Entered 07/12/19 10:30:58    Pg 3 of 3