**Fill in this information to identify the case:**

Debtor 1: Scott A. McGowan

Debtor 2: Mildred L. McGowan
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Washington
(State)

Case number: 14-03113-FPC13

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 0 4

**Property address:** 206 S. 2nd Street
Number    Street

Harrington    WA    99134
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/01/2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Scott A. McGowan | | | Case number (*if known*) 14-03113-FPC13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kelly Sutherland
Signature

Date 09 / 10 / 2019

Print: Kelly D. Sutherland
First Name    Middle Name    Last Name

Title: Managing Partner

Company: Shapiro & Sutherland, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1499 SE Tech Center Place, Suite 255
Number    Street

Vancouver, Washington 98683
City    State    ZIP Code

Contact phone (360) 260 – 2253

Email: ksutherland@logs.com

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

**SHAPIRO & SUTHERLAND, LLC**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
S&S No. 19-124987

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Scott A. McGowan<br>Mildred L. McGowan<br><br>    Debtor(s). | Case No. 14-03113-FPC13<br><br>**CERTIFICATE OF MAILING** |

   I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Response to Notice of Final Cure Payment postage pre-paid, regular first class mail on the 10th day of September, 2019, to the parties listed below.

   DATED this 10th day of September, 2019.

/s/ Jenni Tkachenko
Jenni Tkachenko
Legal Assistant


Scott A. McGowan
P.O. Box 58
Harrington, WA 99134

Mildred L. McGowan
P.O. Box 58
Harrington, WA 99134

**Via ECF Notice only:**
Jeremy S. Davidson
Davidson Backman Medeiros PLLC
1550 Bank of America Financial Center
601 W Riverside Avenue
Spokane, WA 99201

Daniel Brunner
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210

1 - CERTIFICATE OF MAILING

*SHAPIRO & SUTHERLAND, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253